# NO. 12-20-00111-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MEMORIAL MEDICAL CENTER OF EAST TEXAS AND MEMORIAL HEALTH SYSTEM OF EAST TEXAS, APPELLANTS* | § | *APPEAL FROM THE 159TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *LARRY SHORT, APPELLEE* | § | *ANGELINA COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellants, Memorial Medical Center of East Texas and Memorial Health System of East Texas, filed a motion to dismiss this appeal. The motion states that the parties reached a full and final settlement of all issues in the underlying suit. No decision has been delivered in this appeal. Accordingly, Appellants' motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1. All costs are taxed against the party incurring same.

Opinion delivered December 16, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 16, 2020**

**NO. 12-20-00111-CV**

**MEMORIAL MEDICAL CENTER OF EAST TEXAS AND
MEMORIAL HEALTH SYSTEM OF EAST TEXAS,**
Appellants
V.
**LARRY SHORT,**
Appellee

Appeal from the 159th District Court
of Angelina County, Texas (Tr.Ct.No. CV-00545-15-08)

THIS CAUSE came on to be heard on the motion of the Appellants to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. All costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*